NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA CA 90638
657-239-6005

FILED
2023 MAY -3 PM 2:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

CLEAR FORM

ATTORNEY(S) FOR: PLAINTIFF IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ

Plaintiff(s),

v.

SUG KAHG, TIMOTHY KWAN-UNG PARK,
GLORY CHURCH OF JESUS CHRIST, ALL
NATIONS PRIVATE SECURITY, INC.

Defendant(s).

CASE NUMBER: CV23-3377-SVW (AS)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFF _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ZHOIE PEREZ | PLAINTIFF |
| SUG KAHG | DEFENDANT |
| TIMOTHY KWAN-UNG PARK | DEFENDANT |
| GLORY CHURCH OF JESUS CHRIST | DEFENDANT |
| ALL NATIONS PRIVATE SECURITY, INC. | DEFENDANT |

04-29-2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF IN PRO PER

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES