# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ZHOIE PEREZ

PLAINTIFF(S)

v.

SUG KAHG, et al.

DEFENDANT(S).

CASE NUMBER:

2:23−cv−03377−SVW−AS

**NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**

This case has been assigned to the calendar of the Honorable __Judge Stephen V. Wilson__, U. S. District Judge, and referred to U. S. Magistrate Judge __Alka Sagar__, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that a trial is required, the Magistrate Judge shall prepare and file a report and recommendation regarding the disposition of this case, which may include proposed findings of fact, conclusions of law, and proposed written order or judgment, which shall be served on all parties. If the Magistrate Judge concludes that a trial is required, the Magistrate Judge shall so report to the District Judge.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Western Division
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Please note that, pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules. Parties are not permitted to write letters to the judge.

Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writting within five (5) days thereafter of your current address, the Court may dismiss the petition, with or without prejudice, for want of prosecution.

Clerk, U.S. District Court

_May 5, 2023_
Date

By _/s/ Shaunte M Hunter_
Deputy Clerk

---

**NOTICE TO COUNSEL / PRO SE LITIGANT**

*The party who filed the case-initiating document in this case must serve a copy of this Notice on all parties it serves with the case-initiating document.*

---

CV−25 (12/22)     NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE