POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>ZHOIE PEREZ<br>14926 TEMPLAR DRIVE<br>LA MIRADA CA 90638<br>TELEPHONE NO.: 657-239-6005   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY<br><br>FILED<br>CLERK U.S DISTRICT COURT<br>MAY - 8 2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 255 E TEMPLE STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES CA<br>BRANCH NAME: CENTRAL DISTRICT | |
| PLAINTIFF/PETITIONER: ZHOIE PEREZ<br>DEFENDANT/RESPONDENT: Sug Kahg, Timothy Kwan-Ung Park, Glory Church of Jesus Christ, | CASE NUMBER:<br>CV23-3377-SVW-AS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☐ summons
    b. ☒ complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐ cross-complaint
    f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
    TIMOTHY KWAN-UNG PARK
    b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served:
    1801 S GRAND AVE. LOS ANGELES CA 90015
5. I served the party *(check proper box)*
    a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* 05-08-2023   (2) at *(time):* 12:00p.m.
    b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.
        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER: ZADIE PEREZ | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SUGKAHG, Timothy Kwan-Ung Park, Glory Church of Jesus Christ | 23-3377-SVW-AS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

 a. ☐ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify)*:
 c. ☐ as occupant.
 d. ☐ On behalf of *(specify)*:
  under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
 a. Name: STEVE RIVERA
 b. Address: 10505 EVEREST STREET, NORWALK CA 90670
 c. Telephone number: 309-323-0081
 d. **The fee** for service was: $ 100.00
 e. I am:
  (1) ☒ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☐ a registered California process server:
    (i) ☐ owner  ☐ employee  ☐ independent contractor.
    (ii) Registration No.:
    (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 05-09-2023

STEVE RIVERA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  ▶ *Steve Rivera* (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form] [Save this form]    [Clear this form]