## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Zhoie Perez,<br><br>                          PLAINTIFF(S)<br>v.<br><br>Sug Kahg, et al.<br><br>                          DEFENDANT(S). | CV23-03377-SVW (AS) |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| May 8, 2023 | 5 - 8 | Proofs of Service |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐   The document is stricken
☐   The hearing date has been rescheduled to _____ at _____.
☐   A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑   Other:

    - Plaintiff is directed to file Amended Proofs of Service that cures the deficiency listed in the "Notice to Filer of Deficiencies in Filed Documents" (*ECF No. 9*).

Dated:      May 11, 2023

By:                    / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge