```
TIM M. AGAJANIAN (SBN 130508)
GERMAN A. MARCUCCI (SBN 222237)
JANA M. SIMMONS (SBN 248945)
ROPERS MAJESKI PC
801 South Figueroa Street, Suite 2100
Los Angeles, CA 90017
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:      tim.agajanian@ropers.com
            german.marcucci@ropers.com
            jana.simmons@ropers.com
```

Attorneys for Defendants
ALL NATIONS PRIVATE SECURITY, INC.,
and SUG KANG (erroneously sued as SUG KAHG)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST and ALL NATIONS PRIVATE SECURITY, INC.,<br><br>Defendants. | Case No. CV23-3377-SVW(AS)<br>*Hon. Stephen V. Wilson, Room 10A*<br>*Mag. Judge Alka Sagar*<br><br>**STIPULATION TO EXTEND ALL NATIONS PRIVATE SECURITY, INC., AND SUG KANG'S TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff ZHOIE PEREZ ("Plaintiff") and Defendants ALL NATIONS PRIVATE SECURITY, INC., and SUG KANG (erroneously sued as SUG KAHG) ("Defendants"), Plaintiff in pro per and Defendants by and through their attorneys of record, that Defendants shall have an extension of thirty (30) days, up to and including June 26, 2023,[1] to file and

---
[1] The thirtieth day, June 25, 2023, is a Sunday.

4895-9386-0966.1

fdsfsdf

serve their initial response to Plaintiff's Complaint in this action.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: May 25, 2023

By: /s/ *Zhoie Perez*

Plaintiff, in pro per

Dated: Mary 25, 2023          ROPERS MAJESKI PC

By: */s/ German A. Marcucci*
TIM M. AGAJANIAN
GERMAN A. MARCUCCI
JANNA M. SIMMONS
Attorneys for Defendants
ALL NATIONS PRIVATE SECURITY, INC., and SUG KANG

SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Plaintiff, in pro per, Zhoie Perez, and that I have obtained Zhoie Perez's authorization to affix his electronic signature to this document.

Dated: May 25, 2023          ROPERS MAJESKI PC

By: */s/ German A. Marcucci*
TIM M. AGAJANIAN
GERMAN A. MARCUCCI
JANNA M. SIMMONS
Attorneys for Defendants
ALL NATIONS PRIVATE SECURITY, INC., and SUG KANG

4895-9386-0966.1