**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhoie Perez, | CASE NUMBER: |
| v.                                       PLAINTIFF(S) | CV23-03377-SVW(AS) |
| Sug Kahg, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| _____May 25, 2023_____ | _____11_____ | Stipulation to Extend Time to Respond |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   - Parties are directed to re-file the stipulation with the required signature that complies with L.R. 5-4.3.4 and attach a proposed order.

Dated:   __May 26, 2023__          By: _____/ s / Sagar_____
                                    Honorable Alka Sagar
                                    United States Magistrate Judge