Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
alau@deangazzo.com

Attorneys for Defendant
Glory Church of Jesus Christ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| ZHOIE PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS PRIVATE SECURITY, INC.<br><br>Defendants. | Case No.: 2:23-CV-3377-SVW-AS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT GLORY CHURCH OF JESUS CHRIST; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GLORY CHURCH OF JESUS CHRIST**<br><br>Date: July 10, 2023<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Magistrate: Hon. Alka Sagar<br><br>Complaint Filed: May 3, 2023<br>Trial Date: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 10, 2023 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the above-entitled court, located at 350 W. 1st Street, Los Angeles, CA 90012, defendant Glory Church of Jesus Christ will move the Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint of plaintiff Zhoie Perez.

///

1

This motion will be based on this notice and motion, the memorandum of points and authorities, and the pleadings and papers filed herein.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 21, 2023.

Dated: May 30, 2023                                Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
    Lee H. Roistacher
    Aleries Lau
    Attorneys for Defendant
    Glory Church of Jesus Christ