| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Dean Gazzo Roistacher LLP<br>Lee H. Roistacher, Esq. (SBN 179619)<br>Aleries Lau, Esq. (SBN 340709)<br>440 Stevens Avenue, Suite 100<br>Solana Beach, CA  92075<br>Telephone:  (858) 380-4683<br>Facsimile:  (858) 492-0486 | | |
| ATTORNEY(S) FOR:  Defendant Glory Church of Jesus Christ | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZHOIE PEREZ<br><br>Plaintiff(s),<br><br>v.<br><br>SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-CV-3377-SVW-AS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant, Glory Church of Jesus Christ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brotherhood Mutual Insurance Commpany | Insurer |

| May 30, 2023 | /s/ Lee H. Roistacher |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant, Glory Church of Jesus Christ