JAMES J. McGARRY (SBN 92856)
*jmcgarry@vrlawyers.com*
VANDERFORD & RUIZ, LLP
77 North Mentor Ave.
Pasadena, CA 91106
Tel: (626) 405-8800     Fax: (626) 405-8868
Cell: (310) 463-0372

Attorneys for Defendant, TIMOTHY PARK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ZHOIE PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SUG KAHG, IMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS PRIVATE SECURITY, INC.,<br><br>        Defendants. | Case No.: 2:23-CV-3377-SVW-AS<br><br>**JOINDER BY DEFENDANT TIMOTHY PARK IN DEFENDANT GLORY CHURCH OF JESUS CHRIST'S MOTION TO DISMISS**<br><br>Date:          July 10, 2023<br>Time:         1:30 p.m.<br>Courtroom: 10A<br>Judge:        Hon. Stephen V. Wilson<br>Magistrate: Hon. Alka Sagar<br><br>Complaint Filed: May 3, 2023<br>Trial Date:          None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Case No. 2:23-CV-3377-SVW-AS

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant TIMOTHY PARK hereby gives notice that he joins, adopts and incorporates by reference Defendant GLORY CHURCH OF JESUS CHRIST'S Motion to Dismiss, Sections A-1, B-1 and B-3, and all pleadings and documents in support thereof.

Dated:  May 30, 2023            **VANDERFORD & RUIZ, LLP**



By: _____
James J. McGarry
Attorneys for Defendant
TIMOTHY PARK