**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Zhoie Perez, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV23-03377-SVW(AS) |
| v. | |
| Sug Kahg, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| May 30, 2023 | 14 | Motion to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

    - The hearing on the Motion to Dismiss set for July 10, 2023 at 1:30 p.m. before District Judge Stephen V. Wilson is hereby VACATED.

    - Magistrate Judge Sagar will set a new hearing date if she decides an oral argument would be helpful.

Dated:     June 1, 2023

By: _____ / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge