## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Zhoie Perez,

PLAINTIFF(S)

v.

Sug Kahg, et al.

DEFENDANT(S).

CASE NUMBER:

CV23-03377-SVW(AS)

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| May 30, 2023 | 16 | Joinder to Motion to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

- The hearing on the Motion to Dismiss set for July 10, 2023 at 1:30 p.m. before District Judge Stephen V. Wilson is hereby VACATED.

- Magistrate Judge Sagar will set a new hearing date if she decides an oral argument would be helpful.

Dated:        June 1, 2023

By:        / s / Sagar

Honorable Alka Sagar
United States Magistrate Judge