UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 23-03377-SVW (AS) | Date | May 31, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. Sug Kahg, et.al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**   ORDER REQUIRING RESPONSE TO MOTION TO DISMISS COMPLAINT (Dkt. No. 14)

On May 3, 2023, Plaintiff Zhoie Perez, a California resident proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. Section 1983 against defendants All Nations Private Security Inc., Glory Church of Jesus Christ ("Glory Church"), Sug Kahg and Timothy Kwan Ung Park ("Park"). (Dkt. No. 1). On May 30, 2023, Defendant Glory Church filed a motion to dismiss the Complaint, and Defendant Park filed a joinder in the motion to dismiss. (Dkt. Nos. 14-16). **Plaintiff is ORDERED to file a Response to the motion to dismiss no later than June 30, 2023.** Defendants may file an optional reply no later than fourteen days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendants' Reply or on the day after it is due. Accordingly, the June 10, 2023 hearing date is VACATED.

<u>Plaintiff is warned that her failure to timely file an Opposition or statement of no opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12</u>.

IT IS SO ORDERED.

cc:   Stephen V. Wilson
      United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |