ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
657-239-6005

FILED
2023 JUN -2 PM 1: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ZHOIE PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS PRIVATE SECURITY, INC.<br><br>　　　　Defendants. | Case No.: 2:23-CV-3377-SVW-AS<br><br>NOTICE OF DISMISSAL<br><br>Courtroom: 10A<br>Judge:　　Hon. Stephen V. Wilson<br>Magistrate: Hon. Alka Sagar<br><br>Complaint Filed: May 3, 2023<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Zhoie Perez dismisses with prejudice the Fourth and Fifth Causes of Action in her complaint and dismisses without prejudice the remaining causes of action in her complaint.

Dated: May 31, 2023　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　ZHOIE PEREZ