**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhoie Perez, | CASE NUMBER: |
| PLAINTIFF(S) | CV23-03377-SVW (AS) |
| v. | |
| Sug Kahg, et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| June 2, 2023 | 22 | Notice of Dismissal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   - Plaintiff is directed to file a "Notice of Lodging" forthwith and attach the proposed order.

Dated: ___June 5, 2023___

By: _____/ s / Sagar_____
Honorable Alka Sagar
United States Magistrate Judge