ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
657-239-6005

FILED
2023 JUN 12 AM 11: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ZHOIE PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS PRIVATE SECURITY, INC.<br><br>Defendants. | Case No.: 2:23-CV-3377-SVW-AS<br><br>NOTICE OF LODGING OF PROPOSED ORDER OF DISMISSAL<br><br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Magistrate: Hon. Alka Sagar<br><br>Complaint Filed: May 3, 2023<br>Trial Date: None Set |

Plaintiff Zhoie Perez herby lodges the included [PROPOSED] ORDER Dismissing Plaintiff's Complaint.

Dated: June 09, 2023          By: _____
                                  ZHOIE PEREZ