JS-6

LODGED
2023 JUN 12 AM 11:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

ZHOIE PEREZ
14926 TEMPLAR DRIVE
LA MIRADA, CA 90638
657-239-6005i

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ | Case No.: 2:23-CV-3377-SVW-AS |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER OF DISMISSAL |
| SUG KAHG, TIMOTHY KWAN-UNG PARK, GLORY CHURCH OF JESUS CHRIST, ALL NATIONS SECURITY, INC. | HON STEPHEN V. WILSON<br>MAG. JUDGE ALKA SAGAR |
| Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
JUNE 14, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

Having considered Plaintiff ZHOIE PEREZ's Notice of Dismissal and finding good cause, the Court hereby ORDERS the above-captioned action **DISMISSED WITH PREJUDICE** the Fourth and Fifth Causes of Action in Plaintiff's complaint and **DISMISSED WITHOUT PREJUDICE** the remaining causes of action in Plaintiff's complaint. This Court further **ORDERS** that all future hearings are vacated.

**IT IS SO ORDERED**

DATED: ___June 14___, 2023       By: _____/ s / Sagar_____

~~Honorable Stephen V. Wilson, United States District~~
~~Judge~~

Honorable Alka Sagar, United States Magistrate Judge

PAGE 1